UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMOS C. SMITH and MICHELLE DRANE SMITH**          **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO.1:07CV077 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**           **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motions [5] [11] of State Farm Fire and Casualty Company to determine the interest of the United States Small Business Administration or, in the alternative, dismiss this action or to join the United States Small Business Administration as a party are **DENIED**.

**SO ORDERED** this 15th day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE